■ In the Matter of ARTHUR I. MURPHY, Appellant, v BALDWIN UNION FREE SCHOOL DISTRICT et al., Respondents. [9 NYS3d 890]—Proceeding pursuant to CPLR article 78 to review a determination of the Board of Education of the Baldwin Union Free School District, dated November 14, 2012, which adopted the findings of a hearing officer dated October 26, 2012, made after a hearing pursuant to Civil Service Law § 75, that the petitioner was guilty of charges of misconduct, and terminated his employment.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

Contrary to the petitioner's contention, the determination of the respondent Board of Education of the Baldwin Union Free School District is supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176 [1978]; *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 230 [1974]; *Matter of Capone v Patchogue-Medford Union Free School Dist.*, 38 AD3d 770, 772 [2007]; *Matter of Sahni v New York City Bd. of Educ.*, 240 AD2d 751, 751 [1997]; *see also Matter of Goohya v Walsh-Tozer*, 33 AD3d 798 [2006]). Further, the penalty of dismissal is not so disproportionate to the offenses as to be shocking to one's sense of fairness (*see Matter of Waldren v Town of Islip*, 6 NY3d 735 [2005]; *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d at 237; *Matter of Capone v Patchogue-Medford Union Free School Dist.*, 38 AD3d at 771) and, thus, does not constitute an abuse of discretion as a matter of law. Dillon, J.P., Leventhal, Austin and LaSalle, JJ., concur.